No. 71–5382.   TURNER *v.* COX, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied.

No. 71–110.   GELBARD ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Motion to supplement petition denied.   Certiorari granted.

No. 71–263.   UNITED STATES *v.* EGAN ET AL.   C. A. 3d Cir.   Motion of respondent Walsh for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 71–5097.   HUFFMAN *v.* BOERSEN.   Sup. Ct. Neb. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 70–5207.   WILSON *v.* COX, ACTING WARDEN. C. A. 6th Cir.   Certiorari denied.

No. 70–5250.   RICHARDSON *v.* CADY, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 70–5314.   JACKSON *v.* WOLFF, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 70–5398.   CAUGHLIN *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 71–138.   DONAHUE *v.* CALIFORNIA JUSTICE COURT FOR THE KLAMATH-TRINITY JUDICIAL DISTRICT ET AL. Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 71–387.   HERALD CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 2d Cir.   Certiorari denied.